UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In Re:

AMERICA SANCHEZ

                      Debtor.

_____

**NOTICE OF APPEARANCE**

Case No.: 10-12490-mg
(Chapter 13)

Assigned to:
Hon. MARTIN GLENN
Bankruptcy Judge

     PLEASE TAKE NOTICE, that the undersigned hereby appears on behalf of AMERICAS SERVICING COMPANY AS SERVICER FOR  US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CSAB in the within proceeding.

     Please send copies of all Notices and of all papers filed in the case to the undersigned.  Further, please add our firm to the mailing matrix.

DATED:    May 25, 2010
              Buffalo, New York

                                        Yours, etc.
                                        STEVEN J. BAUM, P.C.
                                        Attorneys for AMERICAS SERVICING COMPANY
                                        AS SERVICER FOR US BANK NATIONAL
                                        ASSOCIATION, AS TRUSTEE FOR CSAB

                                        By:  _____
                                               Ehret A. Van Horn, Esq.
                                               Office and Post Address:
                                               220 Northpointe Parkway, Suite G
                                               Amherst, NY 14228
                                               Telephone 716-204-2400

TO:
    CLERK, UNITED STATES BANKRUPTCY COURT
    SOUTHERN DISTRICT OF NEW YORK
    One Bowling Green, 6th Floor
    New York, NY 10004

    NORMA E. ORTIZ, ESQ.        Attorney for Debtor
    Ortiz & Ortiz, LLP
    127 Livingston Street
    Brooklyn, NY11201

    JEFFREY L. SAPIR, ESQ.        Chapter 13 Trustee
    399 Knollwood Road
    Suite 102

White Plains, NY 10603