SHAPIRO, DICARO & BARAK, LLC
Attorneys for US Bank National Association, as Trustee
for CSAB Mortgage-Backed Pass-Through Certificates,
Series 2006-1
Shapiro, DiCaro & Barak, LLC
105 Maxess Road, Suite N109
Melville, NY 11747
Tel: (631)844-9611, Fax: (631)844-9525
Eloy A. Peral

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE                                              Chapter 13

America Sanchez                                    Case No. 10-12490

DEBTOR

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE, that the undersigned appears as counsel for Wells Fargo Bank NA, DBA America's Servicing Company as Servicer for US Bank National Association, as Trustee for CSAB Mortgage-Backed Pass-Through Certificates, Series 2006-1, a creditor and a party in interest, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, demands that all notices given or required to be served in this case be given or served, as the case may be, to or upon the undersigned at the post office address and telephone and facsimile number set forth below.

Dated:      January 27, 2012

                                        Shapiro, DiCaro & Barak, LLC
                                        By: Shari S. Barak
                            Attorneys for US Bank National Association, as
                            Trustee for CSAB Mortgage-Backed Pass-Through
                                        Certificates, Series 2006-1
                                        105 Maxess Road, Suite N109
                                        Melville, NY 11747
                                        (631)844-9611

TO:    Debtor
America Sanchez
1130 Elder Avenue
Bronx, NY 10472

Attorney for Debtor
Norma E. Ortiz
127 Livingston Street
Brooklyn, NY 11201

Trustee
Jeffrey L. Sapir
399 Knollwood Rd
Suite 102
White Plains, NY 10603

U.S. Trustee-Brooklyn-13
33 Whitehall Street
21st Floor
New York, NY 10004

**SHAPIRO, DICARO & BARAK, LLC**
Attorneys for US Bank National Association, as Trustee
for CSAB Mortgage-Backed Pass-Through Certificates,
Series 2006-1
Shapiro, DiCaro & Barak, LLC
105 Maxess Road, Suite N109
Melville, NY 11747
Tel: (631)844-9611, Fax: (631)844-9525
Eloy A. Peral

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE | Chapter 13 |
| America Sanchez | Case No. 10-12490 |
| DEBTOR | |

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                                      )ss:
COUNTY OF SUFFOLK  )

I, Nicole Treglia, being sworn, say, I am not a party to this action; I am over 18 years of age, I reside in Lindenhurst, New York.

On 1/27/12 I served the within Notice of Appearance upon:

TO:   Debtor
        America Sanchez
        1130 Elder Avenue
        Bronx, NY 10472

        Attorney for Debtor
        Norma E. Ortiz
        127 Livingston Street
        Brooklyn, NY 11201

        Trustee
        Jeffrey L. Sapir
        399 Knollwood Rd
        Suite 102
        White Plains, NY 10603

U.S. Trustee-Brooklyn-13
33 Whitehall Street
21st Floor
New York, NY 10004

the addresses designated by the foregoing individuals for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depositary under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Nicole Treglia

Sworn to before me this
27th day of January, 2012

_____
Notary Public

JOHN DELLO-IACONO
Notary Public, State of New York
No. 02DE6163967
Qualified in Suffolk County
Commission Expires April 16, 20 15