LAW OFFICES OF

## DWIGHT D. JOYCE

2 JOYCE PLAZA
STONY POINT, NEW YORK  10980
_____

TELEPHONE 845-429-9323
FAX 845-205-4442 (SERVICE NOT ACCEPTED)
EMAIL: Dwight@dwightjoycelaw.com

ADMITTED:
NEW YORK & NEW JERSEY

Email@ortizandortiz.com
Norma E. Ortiz, Esq
Ortiz and Ortiz LLP
127 Livingston Street
Brooklyn, New York 11201

Dear Ms. Ortiz:

 Thank you for the opportunity to correct any misstatements made by this office or, our mutual client, America Sanchez.

 In this regard, I have reviewed your letter and draft motion and ask that you email me any documentation or other records at odds with the statements contained in Ms. Sanchez's motion. While I believe this matter was researched properly, there is always the chance that facts were misapprehended or that additional material exists of which I am not aware.

 I am scheduled to meet with Ms. Sanchez this Friday, May 1, 2015 at 10:00 a.m.   If you would  forward to me, before that date, any material which contradicts Ms. Sanchez's affidavit or Ms. Stead's submission,  appropriate action will be taken.

        Very Truly Yours,

        */s/ Dwight D. Joyce*

        Dwight D. Joyce