Teitelbaum & Baskin, LLC
Attorneys for Wells Fargo Bank, N.A.
d/b/a America's Servicing Co., Servicer
1 Barker Avenue, Third Floor
White Plains, New York 10610
Tel. 914.437.7670
Fax. 914.437.7670
E. Mail jteitelbaum@tblawllp.com
Jay Teitelbaum, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | Case No: 10-12490 |
| America Sanchez, | : | |
| Debtor | : | |

-------------------------------------------------------

## AFFIRMATION OF JAY TEITELBAUM, ESQ. IN SUPPORT OF RESPONSE TO DEBTOR'S TRIAL BRIEF

Jay Teitelbaum, an attorney admitted to practice law in the state and federal courts of the

State of New York, under penalty of perjury, affirms as follows:

      1.     I am the managing member of the law firm of Teitelbaum & Baskin, LLC,

attorneys for Wells Fargo Bank, N.A. ("**Wells Fargo**") d/b/a America's Servicing Co. ("**ASC**").

      2.     I make this Affirmation in support of Wells Fargo/ASC's  Response to

Debtor's Brief dated May 11, 2015 (ECF No. 158) (the "**Brief**") and in further support of the

application by Wells Fargo for sanctions pursuant to 28 U.S.C. §1927.

      3.     At the May 7, 2015 hearing on this matter, Mr. Paez was introduced to the

Court as Ms. Sanchez's cousin who translated for Ms. Sanchez.

      4.     Following the May 7, 2015 hearing before this Court, I recalled that I had

previous interactions a person identifying himself as Mr. Paez.

1

5.       I recalled that in early February, 2014, I received a call from a Mr. Paez, who represented himself as a real estate agent interested in trying to sell the Premises for Wells Fargo at a short sale.

6.       I recalled that I subsequently received a letter attached to an email from Mr. Paez to that effect.  From my outlook archive for this matter, I located the email from Mr. Paez, dated February 9, 2014, with an attached letter of even date and a copy of Mr. Paez's real estate broker's license.  I have attached hereto a true and correct copy of the email and attachments hereto as Exhibit A.

Dated:  May 12, 2015

TEITELBAUM & BASKIN, LLC
Attorneys for Wells Fargo Bank, N.A., d/b/a
America's Servicing Company, as Servicer

By:_____
        Jay Teitelbaum, Esq. (JT-4619)
        1 Barker Avenue
        Third Floor
        White Plains, New York 10601
        (914) 437-7670
        jteitelbaum@tblawllp.com

2

EXHIBIT A

**Jay Teitelbaum**

| | |
|---|---|
| **From:** | jose paez <paezrealty@yahoo.com> |
| **Sent:** | Sunday, February 09, 2014 12:59 PM |
| **To:** | Jay Teitelbaum |
| **Subject:** | 1130 Elder Ave. |
| **Attachments:** | 1130 Elder --Letter.docx; License.pdf |

Please see attached.

## Paez Realty                                           Tel: 347-810-8810

1150A Castle hill Avenue
Bronx NY 104762

---

February 9, 2014

ATTENTION:
Jay Teitelbaum, ESQ.
Teitelbaum & Baskin, LLP
1 Barker Avenue
White Plains, NY 10601

Dear Mr. Teitelbaum,

My name is Jose Paez. I am an independent real estate broker in the Bronx for over 30 years. I have come across one of your cases, **CASE #10-12490 (SHL)**, which is in reference to America Sanchez, residing in 1130 Elder Avenue, #2A, Bronx, NY 10472.

As per our conversation earlier this month, I would like to assist you in the negotiation of a short sale or the sale of this property, for I am aware that Ms. Sanchez and some of the other tenants are looking to move and the property will be vacant. I would like to get a buyer in place before this happens. I have dealt with *Wells Fargo* and *Bank of America* in short sales in which I was entrusted to maintain the property until the sales were finalized.

Attached is a copy of my broker's license and, just to let you know, I am also registered with EQUATOR.com. If you have any questions, please feel free to call me on my cell phone, 646-271-5208.

Sincerely,

Jose Paez
Paez Realty

