Teitelbaum & Baskin, LLC
Attorneys for Wells Fargo Bank, N.A.
d/b/a America's Servicing Co., Servicer
1 Barker Avenue, Third Floor
White Plains, New York 10610
Tel. 914.437.7670
Fax. 914.437.7670
E. Mail jteitelbaum@tblawllp.com
Jay Teitelbaum, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
In re:                                              :      Chapter 13
                                                    :      Case No: 10-12490
America Sanchez,                                    :
        Debtor                                  :
-------------------------------------------------------

## AFFIRMATION OF SERVICE

    CATHRINE BAKKERUD, a paralegal with Teitelbaum & Baskin, LLC, hereby affirms under penalty of perjury:

1. I am not a party to the above captioned action.

2. On May 12, 2015 on behalf of Wells Fargo, N.A., I caused a copy of the *Response of Wells Fargo to Debtor's Trial Brief* to be served upon the following person(s) as follows:

**VIA EMAIL**
**Linda M. Tirelli**
Garvey Tirelli & Cushner, Ltd.
Westchester Financial Center
50 Main Street, Suite 390
White Plains, NY 10606
Email: LindaTirelli@TheGTCFirm.com

**Norma E. Ortiz**
Ortiz & Ortiz, LLP
32-72 Steinway Street , Suite 402
Astoria, NY 11103
Email: email@ortizandortiz.com

**Dwight D. Joyce**
Law Offices of Dwight D. Joyce
2 Joyce Plaza
Stony Point, NY 10980
(845) 429-9323
Fax : (845) 205=4442
Email: dwight@dwightjoycelaw.com
       jennifer@dwightjoycelaw.com

Dated: May 12, 2015

**TEITELBAUM & BASKIN, LLC**
*Attorneys for Wells Fargo, N.A.*

By: _____
Cathrine Bakkerud
1 Barker Avenue, Third Floor
White Plains, New York 10601
Tel: (914) 437-7670
Email: cbakkerud@tblawllp.com

Sworn to before me on this
12th day of May, 2015

_____
Notary Public

David R Brooks
Notary Public State of New York
No. 02BR6319076
Qualified in Westchester County
Commission Expires February 9, 2019