UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

In Re: AMERICA SANCHEZ,                             Case No. 10-12490 (JLG)
                                                    Chapter 13


                        Debtor,
-------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Jennifer A. Stead, certify that I am not less than eighteen (18) years of age; that on

May 11, 2015, the Brief/Memorandum of Law in Support of Debtor's Motion to Set Aside the

Stipulation of Settlement as its Terms are Unconscionable was served upon the following

persons as follows:

*Via Regular Mail*
Jeffrey L. Sapir, Esq.
Chapter 13 Trustee
399 Knollwood Road
Suite 102
White Plains, New York 10603                        *Via Email*
                                                    Norma E. Ortiz
*Via Regular Mail*                                  Ortiz & Ortiz, LLP
United States Trustee                               32-72 Steinway Street, Suite 402
Office of the United States Trustee                 Astoria, New York 11103
U.S. Federal Office Building                        Email: email@ortizandortiz.com
201 Varick Street, Room 1006                                bkcourt@gmail.com
New York, New York 10014                                    ortiznoticeme@gmail.com

*Via Email*                                         *Via Email*
Linda M. Tirelli                                    Jay Teitelbaum
Garvey Tirelli & Cushner, Ltd.                      Teitelbaum & Baskin, LLC
Westchester Financial Center                        1 Barker Ave., Third Floor
50 Main Street, Suite 390                           White Plains, New York 10601
White Plains, New York 10606                        Email: jteitelbaum@tblawllp.com
Email:                                                      dcampagne@tblawllp.com
LindaTirelli@TheGTCFirm.com
Rdaugherty@thegtcfirm.com

Dated:  May 11, 2015
        Stony Point, New York

                                                    /s/ Jennifer A. Stead
                                                    JENNIFER A. STEAD, ESQ.
                                                    Law Offices of Dwight D. Joyce
                                                    Counsel for the Debtor
                                                    2 Joyce Plaza
                                                    Stony Point, New York 10980
                                                    845 429 9323