UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ X
In re:

AMERICA SANCHEZ,                                                      Case No. 10-12490

                        Debtor.
------------------------------------------------------X

**DECLARATION OF SERVICE**

The undersigned, being duly sworn, states:

1. I am over eighteen years of age and am not a party to this action.

2. On May 13, 2015, I served a copy of the Response of Ortiz and Ortiz, LLP and Garvey, Tirelli, and Cushner, LLP, to the Debtor's Trial Brief by electronic transmissions to the following persons as indicated:

**Via Email:**

| | |
|---|---|
| **Dwight D. Joyce, Esq.** | **Jennifer A. Stead, Esq.** |
| Law Offices of Dwight D. Joyce | Law Offices of Dwight D. Joyce |
| 2 Joyce Plaza | 2 Joyce Plaza |
| Stony Point, New York 10980 | Stony Point, New York 10980 |
| Email: dwight@dwightjoycelaw.com | Email: jennifer@dwightjoycelaw.com |

**Jay Teitelbaum, Esq.**
Teitelbaum & Baskin, LLC
1 Barker Ave., Third Floor
White Plains, New York 10601
Email: jteitelbaum@tblawllp.com

I swear under penalty of perjury that the foregoing is true and accurate.

Dated: May 13, 2015
       Astoria, New York

                                                    /s/Martha J. de Jesus
                                                  Martha J. de Jesus
                                                  c/o Ortiz & Ortiz, LLP
                                                  3272 Steinway Street, Suite 402
                                                  Astoria, NY 11103