UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re

AMERICA SANCHEZ,                                              Case No.  10-12490 (JLG)

                                    Debtor.                                Confirmed Chapter 13
---------------------------------------------------------X


**ORDER GRANTING APPLICATION OF ORTIZ & ORTIZ, L.L.P., PURSUANT TO LOCAL RULES 2090-1(e), TO WITHDRAW AS DEBTOR'S COUNSEL**

      Upon the Joint Application of Ortiz & Ortiz, L.L.P., and Garvey, Tirelli & Cushner, L.L.P., pursuant to Local Rules 2090-1(e), to Withdraw as Counsel to America Sanchez, the above-captioned Debtor (the "Application"); notice of the Application having been provided to the Debtor, the Chapter 13 Trustee, and the U.S. Trustee;  no written opposition to the Application having been filed and a hearing on the Application having been held by the Court on May 7, 2915 and at that hearing Debtor having consented to Ortiz & Ortiz , L.L.P.'s withdrawal as counsel herein; and it appearing that sufficient notice having been given and that just cause exists to grant the relief requested in the Application; and for the reasons stated in the Application, it is hereby

      **ORDERED**, that Ortiz & Ortiz, L.L.P., is hereby relieved as counsel to America Sanchez in the instant case and authorized to withdraw as counsel of record pursuant to Local Rule 2090-1(e).


Dated: May 13, 2015
      New York, New York                                 /s/ James L. Garrity, Jr.
                                                              HON. JAMES L. GARRITY, JR.
                                                              U.S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re

AMERICA SANCHEZ,                                                        Case No.  10-12490 (JLG)

                                Debtor.                                Confirmed Chapter 13
---------------------------------------------------------X

**ORDER GRANTING APPLICATION OF GARVEY, TIRELLI & CUSHNER, LLP, PURSUANT TO LOCAL RULES 2090-1(e), TO WITHDRAW AS DEBTOR'S <u>COUNSEL</u>**

Upon the Joint Application of Ortiz & Ortiz, L.L.P., and Garvey, Tirelli & Cushner, L.L.P., pursuant to Local Rules 2090-1(e), to Withdraw as Counsel to America Sanchez, the above-captioned Debtor (the "Application"); notice of the Application having been provided to the Debtor, the Chapter 13 Trustee, and the U.S. Trustee;  no written opposition to the Application having been filed and a hearing on the Application having been held by the Court on May 7, 2915 and at that hearing Debtor having consented to Garvey, Tirelli & Cushner, L.L.P.'s withdrawal as counsel herein; and it appearing that sufficient notice having been given and that just cause exists to grant the relief requested in the Application; and for the reasons stated in the Application, it is hereby

**ORDERED**, that Garvey, Tirelli & Cushner, L.L.P., is hereby relieved as counsel to America Sanchez in the instant case and authorized to withdraw as counsel of record pursuant to Local Rule 2090-1(e).

Dated: May 13, 2015
      New York, New York                                          /s/ James L. Garrity, Jr.
                                                                  HON. JAMES L. GARRITY, JR.
                                                                   U.S. BANKRUTPCY JUDGE